AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

CHRISTOPHER CUNNINGHAM,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

         CASE NUMBER: **3:15-cv-00613-MMD-VPC**

LORTON, et al.,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is dismissed in its entirety, with prejudice, as amendment would be futile.

  June 7, 2016                      **LANCE S. WILSON**
                                 Clerk

                                 /s/ D. R. Morgan
                                 Deputy Clerk